# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Ben L Sorochuk,<br><br>        Defendant. | 4:23-po-05203-JTJ<br><br>**ORDER** |

    Upon the Defendant's motion to appear at the bench trial telephonically (Doc. 10) and with good cause shown, IT IS HEREBY ORDERED that the defendant may appear before the undersigned by telephone on Thursday, February 8, 2024 at 9:00 a.m. The Clerk of Court will provide the defendant with the remote instructions.

    DATED this 16th day of January, 2024

                                                  _John Johnston_
                                                  United States Magistrate Judge